AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington



CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By _Stefanie Rather_
Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Residence of<br>MARGARET AISLINN CHANNON | ) ) ) ) ) ) ) Case No. MJ20-335 (1) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Washington___ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ___June 25, 2020___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___any U.S. Magistrate Judge in West. Dist. of Washington___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  __June 11, 2020 @ 8:05am__    _[signature]_
                                                                                 *Judge's signature*

City and state:     Seattle, Washington          Michelle L. Peterson, United States Magistrate Judge
                                                                              *Printed name and title*

USAO# 2020R00221   [Patrick to Brown]

# Return

| Case No.: ATF #787095-20-0035 | Date and time warrant executed: 06/11/2020 10:40AM | Copy of warrant and inventory left with: Left inside residence |
|---|---|---|

| Inventory made in the presence of : SA Keeli Nelson made inventory list |
|---|

Inventory of the property taken and name of any person(s) seized:

- Margaret CHANNON arrested inside pursuant to arrest warrant MJ20-336
- Apple iPhone in red case
- Black and white striped scarf/face covering
- Black shoes with brown soles and gold colored lace grommets
- Drawings / writings depicting a police car held above a fire
- Pages of literature related to disbanding, disarming, disempowering, and resisting police.
- Two Washington ID cards in Margaret CHANNON's name
- Black bag with straps
- Pink patterned sock
- Lighter
- Black pants
- Black t-shirt with gray design on the front
- Aerosol can
- Gray patterned sock

*Rec'v'd [signature]*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/26/2020

Executing officer's signature

Special Agent Greg Heller, ATF
*Printed name and title*